AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number:  08 MAG 0974

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOSE GONZALEZ

I certify that I am admitted to practice in this court.

| 6/4/2008 | _[signature]_ |
| Date | Signature |

DAVID J. GOLDSTEIN
Print Name                                    Bar Number

888 GRAND CONCOURSE
Address

| BRONX, | NEW YORK | 10451 |
| City | State | Zip Code |

(718) 665-9000                    (718) 665-9147
Phone Number                                  Fax Number